IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DENNIS E. JEPSEN
5848 Marys Road
New Franken, WI 54229                                Case No.:

       Plaintiff,

vs.

UNITED STATES OF AMERICA
c/o Acting U.S. Attorney Brad D. Schimel
United States Attorney's Office
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Suite 530
Milwaukee, WI 53202,

       Defendant,
  and

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
One State Farm Plaza A-3
Bloomington, IL 61710

UNITEDHEALTHCARE INSURANCE COMPANY
185 Asylum Street
Hartford, CT 06103

       Subrogated Defendants.

## COMPLAINT

Plaintiff by his attorneys Habush Habush & Rottier S.C.®, by Edward J. Vopal, hereby alleges the following as a complaint against the defendants.

### THE PARTIES

1. The Plaintiff, Dennis E. Jepsen, is an adult resident of the State of Wisconsin whose address is 5848 Marys Road, New Franken, WI 54229.

1

2. The Defendant, United States of America, through its designated agency, the United States Postal Service, was at all times material hereto, the owner and insurer of a United States postal truck, specifically a 1994 General Motors Scout, operated by Alexander Justin Mahn.

3. The Subrogated Defendant, State Farm Mutual Automobile Insurance Company, (hereinafter referred to as "State Farm"), is a foreign insurance corporation with a home office address of One State Farm Plaza A-3, Bloomington, IL 61710. The registered agent for service of process is Corporation Service Company, 33 East Main Street, Suite 610, Madison, WI 53703. State Farm is engaged in the business of issuing policies of automobile liability insurance in the State of Wisconsin, doing substantial business in the county of Brown; that on a date prior to July 15, 2023, State Farm did, for valuable consideration, issue an automobile insurance policy providing coverage to Dennis E. Jepsen for medical payment coverage, and that on July 15, 2023, said policy was in full force and effect; that State Farm is a proper party to this action pursuant to the Federal Rules of Civil Procedure and *Wis. Stat.* § 803.03(2) by virtue of its payment of medical expenses on behalf of the plaintiff, Dennis E. Jepsen.

4. The Subrogated Defendant, UnitedHealthcare Insurance Company, (hereinafter referred to as "UnitedHealthcare"), is a foreign insurance corporation with a principal place of business located at 185 Asylum Street, Hartford, CT 06103. UnitedHealthcare is engaged in the business of issuing Medicare Advantage plans/policies in the State of Wisconsin; that by virtue of payments made or to be made for medical expenses incurred by Dennis E. Jepsen, UnitedHealthcare may be subrogated to the extent of those payments and is, therefore, a necessary party to this action pursuant to the Federal Rules of Civil Procedure and *Wis. Stat.* § 803.03(2).

## JURISDICTION AND VENUE

5. This is an action arising under the Federal Tort Claims Act (hereafter, "FTCA"), 28 U.S.C. § 2671 *et. seq.* and 28 U.S.C. §1346(b)(1).

6. The Plaintiff, Dennis E. Jepsen, has complied with Section 2675(a) of the FTCA and exhausted his administrative remedies before filing this lawsuit.

7. On or about May 9, 2024, the Defendant, United States of America, received written notice of Plaintiff's claims for money damages by having received a Standard Form 95 Claim for Damage, Injury or Death at the United States Postal Service, P.O. Box 91065, Milwaukee, WI 53209.

8. On August 1, 2024, the United States Postal Service provided Dennis E. Jepsen notice that his claim was forwarded to the National Tort Center, 1720 Market Street, Room 2400, St. Louis, MO 63155-9948.

9. On August 21, 2024, the United States Postal Service provided Dennis E. Jepsen notice that his claim was assigned to the National Tort Center, 1720 Market Street, Room 2400, St. Louis, MO 63155-9948 for adjudication.

10. On April 28, 2025, an Amended Standard Form 95 Claim for Damage, Injury or Death the United States Postal Service on behalf of Dennis E. Jepsen was forwarded to the National Tort Center, 1720 Market Street, Room 2400, St. Louis, MO 63155-9948. Receipt of the Amendment was acknowledged on May 7, 2025.

11. Pursuant to 28 U.S.C. § 2675(a), the United States of America, through the United States Postal Service, having acknowledged Plaintiff's claim for damages, did not make a final disposition of the claim within six months, which shall be deemed a final denial authorizing Plaintiff to file this lawsuit.

3

12. This Court has jurisdiction under the Federal Tort Claims Act, 28 U.S.C. § 1331, 28 U.S.C. § 1402, the provisions of 28 U.S.C. § 1346(b)(1), and 28 U.S.C. §2671-80.

13. Venue is proper in this judicial district, pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Plaintiff's claims occurred within this Court's judicial district, specifically, in Green Bay, Brown County, Wisconsin 53711.

## **GENERAL NEGLIGENCE**

14. The Plaintiff realleges and incorporates herein by reference all of the allegations of this Complaint, paragraphs 1 through 13.

15. On July 15, 2023, at approximately 11:32 a.m., the Plaintiff, Dennis E. Jepsen, was traveling on his bicycle, southbound on County Highway P approaching its intersection with Tourmaline Way in the Town of Green Bay, Brown County, Wisconsin.

16. At the time and place referred to above, Mr. Jepsen's travel lane on southbound County Highway P at the Tourmaline intersection was not regulated by a traffic sign or signal.

17. At the time and place referenced above, a United States postal truck, operated by Alexander Justin Mahn, drove away from a stop sign on Tourmaline Way at its intersection with County Highway P and into the path of the Jepsen bicycle that was traveling through the intersection resulting in a collision.

18. At the time and place described above, Alexander Justin Mahn, operated the U.S. postal truck negligently by failing to maintain a proper lookout, by failing to yield the right-of-way to Dennis E. Jepsen, and he was otherwise negligent.

19. Alexander Justin Mahn's negligence was a substantial factor and proximate cause of the collision and all injuries and damages sustained by the Plaintiff, Dennis E. Jepsen.

4

20. Upon information and belief, Alexander Justin Mahn was operating the U.S. postal truck in the course and scope of his employment with the United States Postal Service.

21. The United States of America, through its designated agent, the United States Postal Service, is responsible for the negligent acts and omissions of their agents and employees while acting within the scope of their employment.

22. Upon information and belief, by virtue of its status as the employer of Alexander Justin Mahn, the United States Government, through its designated agency, the United States Postal Service, is liable to the Plaintiff, Dennis E. Jepsen, for all of his injuries and damages under the doctrine of *respondeat superior*.

23. As a result of the Defendant's negligence as alleged herein in causing said collision, the Plaintiff Dennis E. Jepsen, sustained severe injuries to his mind and body, specifically but not limited to his right knee, left shoulder, a chipped tooth, and left foot, as well as abrasions and lacerations. He incurred hospital expenses, medical expenses, property loss, mileage expense, and other damages and will incur medical expenses into the future; The injuries sustained by Plaintiff, Dennis E. Jepsen, are permanent in nature.

## DEMAND FOR RELIEF

A. Judgement in favor of the Plaintiff, Dennis E. Jepsen, against the Defendant, United States of America, in an amount sufficient to compensate him for all of his injuries and damages.

B. Judgement declaring what interest, if any, the Subrogated Defendants, State Farm Mutual Automobile Insurance Company and UnitedHealthcare Insurance Company, have in the outcome of this matter.

C. For costs and disbursements incurred in this action, and

D.      For whatever further relief the Court deems appropriate.


Dated this 9th day of December, 2025.

>*s/Edward J. Vopal*
>Edward J. Vopal
>State Bar #1020973
>Attorneys for Plaintiff
>Habush Habush & Rottier S.C. ®
>408 South Monroe Avenue
>P.O. Box 22545
>Green Bay, WI 54305-2545
>Telephone: (920) 437-0900
>E-mail: evopal@habush.com